FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 MAY -5 P 2: 24
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JANEY M. LYONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COURTNEY DUGUSKI, Correction ) <br> Officer, Emanuel Women's Facility; ) <br> SERCOYER REID WILSON, Correction ) <br> Officer, Emanuel Women's Facility; and ) <br> BATTIE, Officer, Emanuel Women's ) <br> Facility, ) <br> ) <br> Defendants. ) | CV 117-055 |

**O R D E R**

While Plaintiff is now incarcerated at Pulaski State Prison in Hawkinsville, Georgia, the events comprising the basis of her complaint occurred at Emanuel Women's Facility in Emanuel County, Georgia, within the Statesboro Division of the Southern District of Georgia. (See generally doc. no. 1.) Accordingly, the case is hereby **TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number CV617-063. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box

8286, Savannah, Georgia 31412.

SO ORDERED this 5th day of May, 2017, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA